BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER 2:12-CR-00378-EFB-2 |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO DISMISS COUNTS SEVEN AND EIGHT OF THE SUPSEDING INFORMATION |
| v. | |
| DOLORES C. VILANUEVA, | |
| Defendant. | |

It is hereby ordered the charges in Counts Seven and Eight of the Superseding Information, Case Number 2:12-CR-00378-EFB-2, United States v. Dolores C. Vilanueva, are dismissed without prejudice and the status conference date of January 26, 2015 at 10:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:   January 22, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE